IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CLINT W. COLQUITT | § |
| | § |
| v. | §   Case No. 2:21-cv-00385-JRG |
| | § |
| UNION PACIFIC RAILROAD CO. | § |

### ORDER APPOINTING MEDIATOR

IT IS ORDERED that David B. Harberg, Attorney/Mediator, 1010 Lamar Street, Suite 450, Houston, Texas 77002, telephone number (713) 752-2200, is hereby appointed as mediator in the above referenced case. The Court designates Plaintiff's counsel to be responsible for timely contacting the mediator and Defendant's counsel to coordinate a date for the mediation. Mediation shall be completed by the date set forth in the Docket Control Order.

Mediation shall be governed by the Court-Annexed Mediation Plan, found at: http://www.txed.uscourts.gov/?q=court-annexed-mediation-plan. In particular and without limitation, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement. Exceptions to this requirement may be made only by the presiding judge in writing. Further, this Court's Standing Order Regarding the Use of Local Counsel in Mediation (dated April 30, 2018 and found at http://www.txed.uscourts.gov/?q=judge/chief-district-judge-rodney-gilstrap) shall be complied with wherever applicable.

2

**So ORDERED and SIGNED this 14th day of January, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE